Tracy H. Fowler (1106)
Kamie F. Brown (8520)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*Attorneys for Defendant Cessna Aircraft Company,
a Kansas Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERTA VILLANUEVA, individually and as person representative of the estate of Fred Villanueva, deceased, MARK FREDERICK VILLANUEVA, MATTHEW LEE VILLANUEVA, NICOLE LYNN VILLANUEVA and RAYMOND MICHAEL VILLANUEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CESSNA AIRCRAFT COMPANY, a corporation, and GOODRICH CORPORATION, a corporation,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:05-CV-00097<br><br>Judge Ted Stewart |

Upon consideration of the Stipulation of the parties, Plaintiffs Roberta Villanueva, individually and as personal representative of the estate of Fred Villanueva, deceased, Mark Fredrick Villanueva, Matthew Lee Villanueva, Nicole Lynn Villanueva, and Raymond Michael Villanueva ("Plaintiffs") and Defendants Cessna Aircraft Company, a corporation, and Goodrich Corporation, a corporation, ("Defendants"), for dismissal of all claims and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims against Defendants Cessna Aircraft Company and Goodrich Corporation are hereby dismissed with prejudice, each party to bear its respective attorneys' fees and costs.

SO ORDERED this 25th day of May, 2010.

BY THE COURT:

_____
Judge Ted Stewart
District Court Judge

Approval as to Form:

Dewsnup, King & Olsen

/s/ Colin P. King

_____
Colin P. King
Counsel for Plaintiffs
*(signed by permission of counsel)*

Nolan Law Group
Jerome L. Skinner
Liaison Counsel for Plaintiffs

Richards Brandt Miller & Nelson

/s/Micahel P. Zaccheo

_____
Michael P. Zaccheo
Counsel for Defendant
Goodrich Corporation
*(signed by permission of counsel)*